**Order filed April 12, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00060-CV
_____

## WILLIAM SATTERWHITE, JR., Appellant

## V.

## STEVEN AKINS AND HOUSTON PRESS, L.P. AND CRAIG MALISOW, Appellees

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1061321**

## O R D E R

Appellant William Satterwhite, Jr. filed a notice of appeal in this case on February 1, 2016. To date, appellant has not paid the filing fee of $205.00. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 27, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, his appeal will be dismissed.

PER CURIAM